UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY OLJII ANNA PEDOTTI, II<br><br>                    Plaintiff,<br><br>     -against-<br><br> VLADIMIR VALDIMOROVICH PUTIN , ET AL<br><br>                    Defendant. | 22-CV-6220(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 25, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    October 25, 2022
              New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge